United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 14-53187-amk
Kimberly M. Parker  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0647-5　　　User: spete　　　Page 1 of 1　　　Date Rcvd: Jun 14, 2016
　　　　　　　　　　　　　Form ID: 202　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2016.
db　　　　+Kimberly M. Parker,　　1366 Center Rd.,　　Clinton, OH 44216-8812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2016　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2016 at the address(es) listed below:
　　　　　Kathryn A Belfance　　kb@rlbllp.com, oh01@ecfcbis.com
　　　　　Kathryn A. Belfance　　on behalf of Trustee Kathryn A Belfance kb@rlbllp.com, oh01@ecfcbis.com
　　　　　Thomas F Haskins, Jr　　on behalf of Debtor Kimberly M. Parker thas0909@aol.com, tom@thaskinslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

Northern District Of Ohio  
455 John F. Seiberling Federal Building  
US Courthouse  
2 South Main Street  
Akron, OH 44308  
**Case No. 14–53187–amk**

**In re:**
   Kimberly M. Parker  
   **Aka** –Kimberly Marie Parker  
   1366 Center Rd.  
   Clinton, OH 44216

**Social Security No.:**
   xxx–xx–2554

**NOTICE OF DOCUMENT TO BE FILED – CERTIFICATION  
ABOUT A FINANCIAL MANAGEMENT COURSE**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor has completed the course after filing the petition, the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** June 14, 2016  
Form ohnb202

                                                                                                                For the Court  
                                                                                                            Kenneth J. Hirz, Clerk